## 9228

### BROWN *ET AL.* v. BARRINEAU *ET AL.*

#### (86 S. E. 769.)

APPEAL AND ERROR — POINTS AND AUTHORITIES — FAILURE TO FILE — EFFECT.—Where appellants fail to file points and authorities, as required by Supreme Court rule 8, their appeal will be dismissed.

Before DeVore, J., Florence, Fall term, 1914. Appeal dismissed.

Action by W. E. Brown and another against Henry Barrineau and others. Judgment for defendants, and plaintiffs appeal.

*Philip H. Arrowsmith,* of Lake City, for appellants.

*Hicks & Muldrow,* of Florence, for respondents.

November 3, 1915.

The opinion of the Court was delivered by MR. JUSTICE WATTS.

The appellants having failed to file any points and authorities as required by rule 8 of the rules of this Court, it is the judgment of this Court that the appeal be dismissed.

Appeal dismissed.